No. 04–10705.  GIVENS v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 04–10707.  HATCHER v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 04–10708.  HUDSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–10709.  HOUSTON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–10710.  SIMMONS v. COLORADO STATE BOARD OF PSYCHOLOGIST EXAMINERS ET AL.  Ct. App. Colo.  Certiorari denied.

No. 04–10711.  SCHREIBER v. ROWE.  C. A. 7th Cir.  Certiorari denied.

No. 04–10712.  NORMAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–10713.  MORENO v. EVANS, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10714.  MURO-MENDOZA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–10715.  LUCIO v. HARRISON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–10716.  JENNINGS v. SMITH ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–10717.  MALAN v. FIFTH THIRD BANK, INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 04–10719.  ABBAS v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–10720.  ARRINGTON v. COCKLIN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 04–10721.  BONILLA v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.